## IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

WILLIE LEE POOLE,      *

    Plaintiff,      *

vs.      *

     CIVIL CASE NO. 05-1653

AMERICAN INTERNATIONAL GROUP, INC;
AMERICAN GENERAL CORPORATION;
AMERICAN GENERAL FINANCE, INC.;
MERIT LIFE INSURANCE COMPANY;
YOSEMITE INSURANCE COMPANY;
KATHIE ROWELL; LATANYA KENNEDY
and Fictitious Defendants "A",
"B", and "C", whether singular or plural, those
other persons, corporations, firms, or other
entities whose wrongful conduct caused
the injuries and damages to the Plaintiff,
all of whose true and correct names are
unknown to Plaintiff at this time, but will
be substituted by amendment when ascertained,

    Defendants.

2005 JUL -1 PM 3:42 FILED CIRCUIT COURT OF MONTGOMERY COUNTY

### COMPLAINT

### STATEMENT OF THE PARTIES

1. This court has subject matter and personal jurisdiction over the Defendants. Venue is proper in Montgomery County, Alabama.

2. Plaintiff Willie Lee Poole is an adult resident citizen of Montgomery County, Alabama.

3. Defendant American General Finance, Inc., is a foreign corporation who does business throughout the State of Alabama. According to the Secretary of State's office for the State of Alabama, said corporation may be served with process by and through its registered agent, CSC Lawyers Incorporating Service, Inc., 150 S. Perry Street, Montgomery, AL 36104.

1


EXHIBIT A

4. Defendant American International Group, Inc. is a foreign corporation who does business by agent in Montgomery County, Alabama. This Defendant is the agent, a subsidiary, sister corporation, and/or the "alter-ego" of one or more Defendants.

5. Defendant American General Corporation is a foreign insurance Company who does business by agent in Montgomery County, Alabama. This Defendant is the agent, a subsidiary, sister corporation, and/or the "alter-ego" of one or more Defendants.

6. Defendant Merit Life Insurance Company is a foreign insurance company who does business by agent in Montgomery County, Alabama. This Defendant is the agent, a subsidiary, sister corporation, and/or the "alter-ego" of one or more Defendants.

7. Defendant Yosemite Insurance Company is a foreign corporation who does business by agent in Montgomery County, Alabama. This Defendant is the parent corporation, agent, a subsidiary, sister corporation, and/or the "alter-ego" of one or more Defendants.

8. Defendant Kathie Rowell is over the age of nineteen (19) and is a resident of Lee County, Alabama.

9. Defendant Latanya Kennedy is over the age of nineteen (19) and is a resident of Lee County, Alabama.

10. Fictitious Defendants "A", "B", and "C", whether singular or plural, are those other persons, firms, corporations, or other entities whose wrongful conduct caused or contributed to cause the injuries and damages to the Plaintiff, all of whose true and correct names are unknown to Plaintiff at this time, but will be substituted by amendment when ascertained.

11. Plaintiff's claims are brought solely under Alabama law, and Plaintiff states he does not bring any claim and/or disclaim any and all claims under any Federal laws, statutes, or regulations.

## STATEMENT OF THE FACTS

12. In or about the year 1990 and other occasions Plaintiff entered into several loans with Defendants at which time Defendants Kathie Rowell and Latanya Kennedy, while acting as agent for all Defendants fraudulently represented to him that if he purchased the credit insurance offered him, his credit score/rating would be better and that he stood a better chance of getting approved for the loan he requested.

13. On or about the same dates, Defendants advised Plaintiff that if he paid off his other debts and consolidated them with the loan that was issued he would save money.

14. Defendants also advised Plaintiff that if he refinanced his previous loans into a single loan, that would be the best way for him to save money. Defendants refused to allow Plaintiff to have a separate loan.

15. Defendants advised Plaintiff that purchasing the credit insurance offered was a good deal and offered great value and protection.

16. Defendants had a duty to Plaintiff to give him good advice and they failed to do so, to Plaintiff's detriment.

17. Based on each of the representations made by Defendants, Plaintiff agreed to purchase the credit insurance offered, refinance his loan and consolidate his other debts.

18. Defendants' conduct under the circumstances was intentional and amounts to actual malice.

19. Plaintiff discovered the fraud within two (2) years of filing this lawsuit.

20. Defendants entered into a pattern or practice of fraudulent conduct that included the fraud practiced on Plaintiff.

21. At all times material hereto, Plaintiff depended on Defendants to advise him as to all loan requirements and insurance matters. Defendants had superior knowledge and bargaining power over Plaintiff.

22. The conduct by Defendants was intentional, gross, wanton, malicious, and/or oppressive.

## COUNT ONE

23. Plaintiff alleges all prior paragraphs of the Complaint as if set out here in full.

24. Defendants made the aforementioned fraudulent representations that they knew were false, or should have known were false, and intended for Plaintiff to rely on said false representations.

25. Plaintiff did rely on the representations made by Defendants and due to Defendants' fraudulent misrepresentation of material facts, Plaintiff was induced to act as previously described.

26. As a proximate consequence of Defendants' actions, Plaintiff was injured and damaged in at least the following ways: he paid money for insurance he did not want, he lost interest on said money, he paid excessive interest on his loans and accounts he otherwise would not have had to pay, he lost interest on the money attributed to the unnecessary payments, he has suffered mental anguish and emotional distress; and has otherwise been injured and damaged.

WHEREFORE, Plaintiff demands judgment against Defendants in such an amount of compensatory and punitive damages as a jury deems reasonable and may award, plus costs.

## COUNT TWO

27. Plaintiff alleges all prior paragraphs of the Complaint as if set out here in full.

28. Defendants negligently and/or wantonly hired, trained, and supervised Defendants Kathie Rowell and Latanya Kennedy and their agents, alter-egos and/or representatives responsible for advising Plaintiff of the loan and insurance benefits and all other requirements.

29. As a proximate consequence of Defendants' actions, Plaintiff was injured and damaged as alleged herein.

WHEREFORE, Plaintiff demands judgment against Defendants in such an amount of compensatory and punitive damages as a jury deems reasonable and may award, plus costs.

## COUNT THREE

30. Plaintiff alleges all prior paragraphs of the Complaint as if set out here in full.

31. Plaintiff was not experienced in insurance and finance matters and placed a special trust and confidence in Defendants and consequently relied upon Defendants to properly advise him with respect to such matters.

32. Defendants undertook a duty to advise Plaintiff, held themselves out as experts, and as persons interested in Plaintiff's well-being, and generally exhibited behavior inconsistent with the typical debtor-creditor relationship.

33. As a result of the aforementioned actions, Defendants conduct amounts to a breach of their individual, contractual, professional and fiduciary obligations and duties to Plaintiff. Said conduct further amounts to a breach of the duties that arise as a matter of Alabama law.

34. As a proximate consequence of the Defendants breach, Plaintiff was injured and damaged as alleged herein.

WHEREFORE, Plaintiff demands judgment against Defendants in such an amount of compensatory and punitive damages as a jury deems reasonable and may award, plus costs.

## COUNT FOUR

35. Plaintiff alleges all prior paragraphs of the Complaint as if set out here in full.

36. Defendants negligently and/or wantonly made the aforementioned representations to Plaintiff.

37. Said action was a breach of the duty owed Plaintiff.

38. As a proximate consequence of said actions, Plaintiff was injured and damaged as described herein.

WHEREFORE, Plaintiff demands judgment against Defendants in such an amount of compensatory and punitive damages as a jury deems reasonable and may award, plus costs.

JERE L. BEASLEY (BEA020)
TOM METHVIN (MET003)
C. LANCE GOULD (GOU007)
Attorneys for Plaintiff

OF COUNSEL:
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
272 Commerce Street
Montgomery, Alabama 36104
Telephone No.: (334) 269-2343
Facsimile No.: (334) 954-7555

PLAINTIFF REQUESTS TRIAL BY STRUCK JURY
OF ALL ISSUES PRESENTED BY THIS CAUSE

OF COUNSEL

**CV 2005-1653**

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93  Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT – CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>C V ☐☐☐☐ ☐☐☐☐ ☐☐ - ☐☐<br>Date of Filing:  ☐☐ ☐☐ ☐☐☐☐<br>Month  Day  Year | Judge Code:<br>☐☐☐☐ |

### GENERAL INFORMATION

IN THE CIRCUIT COURT OF **Montgomery** (Name of County), ALABAMA

**First Plaintiff:** Willie Lee Poole    v.    **First Defendant:** American International Group, Inc.

Plaintiff: ☐ Business  ☑ Individual  ☐ Government  ☐ Other
Defendant: ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) the best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☑ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN** (check one):
F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER: _____
R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO
Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P. for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED    ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** GOU007    Date: 7/1/05

Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

*2005 JUL -1 PM 3:42  FILED CIRCUIT COURT MONTGOMERY COUNTY*

# IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

WILLIE LEE POOLE,

 Plaintiff,

v.

              Civil Action No. 05-1653

AMERICAN INTERNATIONAL GROUP, INC; et al.,

 Defendants.

## SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:  AMERICAN INTERNATIONAL GROUP, INC.
        70 Pine Street
        New York, NY 10270 D1

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

  C. Lance Gould
  BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
  Post Office Box 4160
  Montgomery, AL 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

Dated: 7/12/05

                 _____
                 CIRCUIT CLERK

American International Group, Inc.
70 Pine Street
New York, NY 10270

Certified Article Number
7160 3901 9848 8110 5263
SENDERS RECORD

Case 2:05-cv-00774-MEF-SRW    Document 1-2    Filed 08/11/2005    Page 9 of 17

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

WILLIE LEE POOLE,

    Plaintiff,

v.

AMERICAN INTERNATIONAL GROUP, INC; et al.,

    Defendants.

Civil Action No. 05-1653

## SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:    AMERICAN GENERAL CORPORATION
2929 Allen Parkway
Houston, TX 77019  D2

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

Roman A. Shaul
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

2005 JUL -1 AM 3:42
FILED CIRCUIT COURT OF MONTGOMERY COUNTY

_____
CIRCUIT CLERK

Dated: 7/12/05

American General Corporation
2929 Allen Parkway
Houston, TX 77019

Certified Article Number
7160 3901 9848 8110 5256
SENDERS RECORD

## IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

WILLIE LEE POOLE,

    Plaintiff,

vs.

AMERICAN INTERNATIONAL GROUP, INC., et al.,

CIVIL CASE NO. 05-1653

### SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:    AMERICAN GENERAL FINANCE, INC.
n/k/a American General Financial Services of Alabama, Inc.
c/o CSC Lawyers Incorporating Service, Inc.
150 S. Perry Street
Montgomery, AL 36104  D3

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

C. Lance Gould
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

FILED CIRCUIT COURT OF MONTGOMERY COUNTY 2005 JUL -1 PM 3:42

_____
CIRCUIT CLERK

Dated: 7/12/05

American General Finance, Inc.
n/k/a Ameican General Financial Services of Alabama
c/o CSC Lawyers Incorporating Service
150 S. Perry Street
Montgomery, AL 36104

Certified Article Number
7160 3901 9848 8110 5249
SENDERS RECORD

# IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

WILLIE LEE POOLE,        *

    Plaintiff,        *

vs.        * CIVIL CASE NO. 05-1653

AMERICAN INTERNATIONAL GROUP, INC., et al.,        *

## SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO: AMERICAN GENERAL FINANCIAL
SERVICES OF ALABAMA, INC.
c/o CSC Lawyers Incorporating Service, Inc.
150 S. Perry Street
Montgomery, AL 36104

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

C. Lance Gould
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

Dated: 7/12/05

_____
CIRCUIT CLERK

American General Fianacial
Services of Alabama
c/o CSC Lawyers Incorporating Service
150 S. Perry Street
Montgomery, AL 36104

Certified Article Number
7160 3901 9848 8110 5232
SENDERS RECORD

# IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

WILLIE LEE POOLE,

    Plaintiff,

vs.

AMERICAN INTERNATIONAL GROUP, INC., et al.,

CIVIL CASE NO. 05-1653

## SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:    MERIT LIFE INSURANCE COMPANY
c/o Superintendent of Insurance
601 NW Second Street
Evansville, IN 47708  D5

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

C. Lance Gould
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

Dated: 7/12/05

_____
CIRCUIT CLERK

Merit Life Insurance
c/o Superintendent of Insurance
601 NW Second Street
Evansville, IN 47708

Certified Article Number
7160 3901 9848 8110 5218
SENDERS RECORD

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

WILLIE LEE POOLE,

    Plaintiff,

v.

AMERICAN INTERNATIONAL GROUP, INC; et al.

    Defendants.

Civil Action No. 05-1653

## SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:    YOSEMITE INSURANCE COMPANY
c/o Superintendent of Insurance
717 Market Street
San Francisco, CA 94103

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

    C. Lance Gould
    BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
    Post Office Box 4160
    Montgomery, AL 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

Dated: 7/12/05

    _____
    CIRCUIT CLERK

Yosemite Insurance Company
c/o Superintendent of Insurance
717 Market Street
San Fransico, CA 94103

Certified Article Number
7160 3901 9848 8110 5225
SENDERS RECORD



P - Willie Poole
d - American International

TSM

**2. Article Number**

7160 3901 7848 8110 5232

**3. Service Type** CERTIFIED MAIL

**4. Restricted Delivery?** *(Extra Fee)* ☐ Yes

**1. Article Addressed to:**

American General Fianacial
Services of Alabama
c/o CSC Lawyers Incorporating Service
150 S. Perry Street
Montgomery, AL 36104

*Melissa Rittenhour Circuit Clerk FILED 2005*

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) — AMES S. BELLAMY

B. Date of Delivery — 7-14-05

C. Signature — 13.11

Sent to delivery address different from item 1?
If YES, enter delivery Howard, P.C. below:
☐ Agent
☐ Addressee
☐ Yes
☐ No

CV 2005-1653 D004  STC

**Reference Information**

Willie Lee Poole v. American Internation

C. Lance Gould

PS Form 3811, July 2001     Domestic Return Receipt

P —

TSM



2. Article Number

7160 3901 9848 8110 5218

3. Service Type   CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)   ☐ Yes
1. Article Addressed to:

Merit Life Insurance
c/o Superintendent of Insurance
601 NW Second Street
Evansville, IN 47708

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly)   B. Date of Delivery
C. Signature
   Rod Schmitt
X                                    ☐ Agent
                                     ☐ Addressee
D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

Reference Information

Willie Lee Poole v. American International

C. Lance Gould

BEA 020

PS Form 3811, July 2001        Domestic Return Receipt

P- Willie Poole
d- American International Group

TSM

**2. Article Number**

7160 3901 9848 8110 5256

**3. Service Type** CERTIFIED MAIL

**4. Restricted Delivery?** *(Extra Fee)* ☒ Yes

**1. Article Addressed to:**

American General Corporation
2929 Allen Parkway
Houston, TX 77019

Melissa Rittenour
Circuit Clerk

JUL 2005

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): T.L. Jones   B. Date of Delivery: 7-18

C. Signature: X _____ ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

CV2005-1653 STC D002

**Reference Information**

Willie Lee Poole v. American Internation

C. Lance Gould

PS Form 3811, July 2001    Domestic Return Receipt