**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                TELEPHONE (334) 954-3600

August 25, 2005

## NOTICE OF REASSIGNMENT

Re:    Willie Lee Poole v. American International Group, Inc. Et al
       Civil Action No.2:05cv774-W

The above-styled case has been reassigned to District Judge Mark E. Fuller.

Please note that the case number is now 2:05cv774-F.  This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk