UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE LEE POOLE, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN INTERNATIONAL GROUP, INC.; AMERICAN GENERAL CORPORATION; AMERICAN GENERAL FINANCE, INC.; CREDIT CENTERS, INC., D/B/A AMERICAN GENERAL FINANCE, INC.; MERIT LIFE INSURANCE COMPANY; YOSEMITE INSURANCE COMPANY; KATHIE ROWELL; LATANYA KENNEDY and fictitious defendants "a", "b", and "c", whether singular or plural, those other persons, corporations, firms, or other entities whose wrongful conduct caused the injuries and damages to the plaintiff, all of whose true and correct names are unknown to plaintiffs at this time, but will be substituted by amendment when ascertained, <br><br> Defendant. | CIVIL ACTION NO.: CV-05-774 |

## NOTICE OF APPEARANCE

Comes now Thomas J. Butler, Maynard, Cooper & Gale, P. C., 1901 Sixth Avenue, North, Suite 2400 AmSouth/Harbert Plaza, Birmingham, Alabama, 35203, (205) 254-1000, and enters his appearance as additional counsel for defendants American General Corporation and American International Group, Inc.

Respectfully submitted,

s/   Thomas J. Butler
Jeffrey M. Grantham (ASB-4866-M66J)
Thomas J. Butler (ASB-7790-T75T)
John Thomas A. Malatesta, III (ASB-4646-O70M)
Attorneys for Defendants American International Group, Inc. and American General Corporation

01214860.1

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
901 Sixth Avenue North
Birmingham, Alabama 35203-2618
205-254-1000
205-254-1999 (fax)

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served upon the following listed person by U. S. Mail, postage prepaid, on this the 30th day of August, 2005:

C. Lance Could, Esq.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
272 Commerce Street
Montgomery, AL 36104

David Alan Elliott, Esq.
BURR & FORMAN LLP
SouthTrust Tower, Suite 3100
420 – 20th Street, North
Birmingham, AL  35203

                s/ Thomas J. Butler
                OF COUNSEL

01214860.1