IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE LEE POOLE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-774-F |
| | ) |
| AMERICAN INTERNATIONAL | ) |
| GROUP, INC., *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the plaintiffs' Motion to Remand (Doc. #13) filed on August 29, 2005, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before September 13, 2005. The plaintiff may file a reply brief on or before September 20, 2005.

DONE this 30th day of August, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE