LICENSED OFFICE: (CREDITOR)

**American General Finance, Inc.**
A Subsidiary of American General Corporation

**FEDERAL DISCLOSURE STATEMENT**

**AMERICAN GENERAL**

AMERICAN GENERAL FINANCE, INC.
1959 OPELIKA ROAD
AUBURN, AL
ALABAMA 36830

Account Number: 1207031

BORROWER(S) (NAMES & ADDRESS)

POOL,,WILLIE L,JAMES E
RT 2 BOX 611
NOTASULGA,AL,36866

| Date of Loan | First Payment Due Date | Other Payments Due on Same Day of Each Month | Final Payment Due Date | Amount of First Payment / Amount of Balloon Payment | Amount of Other Payments | Total Number of Payments / Term of Loan |
|---|---|---|---|---|---|---|
| 06/15/90 | 07/25/90 | | 06/25/93 | 167.57 | 141.85 | 36 |

1. $ 3474.10 Amount Financed
2. $ 1658.22 FINANCE CHARGE
3.     27.00 % ANNUAL PERCENTAGE RATE
4. $ 5132.32 Total of Payments

AMOUNT FINANCED is the amount of credit provided to you or on your behalf. (Line 1 above)
FINANCE CHARGE is the dollar amount the credit will cost you. (Line 2 above)
ANNUAL PERCENTAGE RATE is the cost of your credit as a yearly rate. (Line 3 above)
TOTAL OF PAYMENTS is the amount you will have paid after you have made all payments as scheduled. (Line 4 above)

VARIABLE RATE: ☐ If checked, your loan contains a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

LATE CHARGE: If a payment is more than 10 days late, you will be charged 5% of the late amount, not to exceed $100.00 and not less than $.50. (Does not apply to interest bearing loans.)

**1 PAID    PAID 1**
JUN 04 '93    JUN 04 '93
American General Finance, Auburn, AL    American General Finance, Auburn, AL

PREPAYMENT: If you pay off early, you
☐ may  ☒ will not  have to pay a penalty.
☒ may  ☐ will not  be entitled to a refund of part of the finance charge.

SECURITY
You are giving a security interest in:
☐ The goods or property being purchased
☒ Motor vehicle    1 1980 Toyota Celica GT VIN JT2RA44L5B6609044;
☒ Other_____1 Camera;1 Firearm;1 Television(Second);_____

☐ You are giving a security interest in your real estate located at:_____

☐ The previous Mortgage or Deed of Trust is being retained as security on your loan.

ASSUMPTION: Someone buying your house may not assume the remainder of the mortgage on the original terms.

Collateral securing other loans with us may also secure this loan.

INSURANCE: Credit life insurance and credit disability insurance are not required to obtain credit and will not be provided unless you sign and agree to pay the additional cost.

| Type | Premium | Signature |
|---|---|---|
| Single Credit Life | $ N/A | I want credit life insurance. Signature: |
| Joint Credit Life | $ N/A | We want credit life insurance. Signatures: (1)_____ (2)_____ |
| Single Credit Life & Single Disability | $ 347.24 | I want credit life and disability insurance. Signature: /Willie Pool/ |
| Joint Credit Life & Single Disability on Borrower on line (1) | $ N/A | We want credit life and disability insurance. Signatures: (1)_____ (2)_____ |

**EXHIBIT A(1)**

AUB.4950.0292

### CREDIT INSURANCE (LIFE AND DISABILITY) CANCELLATION OPTION

CANCELLATION: If you desire to do so you may, without penalty or obligation, within fifteen days from the date set forth above, cancel, all but not part of, the credit insurance coverages by returning all credit insurance certificates received in connection with this loan to the office where the loan was made. Upon cancellation, a full cash refund of all credit insurance premiums will be made.

You may obtain property insurance from anyone you want or provide it through an existing policy, provided the insurance company is acceptable to the creditor and the amount financed and value of the property exceeds $300. If you get property insurance from or through the creditor, it will be for a term of ____36____ months and you will pay $__60.00__.

You may obtain physical damage insurance from anyone you want or provide it through an existing policy, provided the insurance company is acceptable to the creditor and the amount financed and value of the property exceeds $300. If you get physical damage insurance from or through the creditor, it will be for a term of __N/A__ months and you will pay $__N/A__.

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/we have received a copy of this Federal Disclosure Statement.

_[signature]_     6-15-90
(1). First Named Borrower     Date

James E. Poole     6-15-90
(2) Second Named Borrower (If Applicable)     Date

AUB.4950.0293



**PROTECTIVE LIFE**
INSURANCE COMPANY

AGENT: Kathie Moore Rowell     ADDRESS: 1959 Opelika Rd, Auburn, Al  36830

### STATEMENT OF POLICY COST AND BENEFIT INFORMATION AND DISCLOSURE TO APPLICANTS FOR SINGLE PREMIUM TERM LIFE INSURANCE

The below listed insurance coverage is offered as OPTIONAL, VOLUNTARY insurance as a service to you. Some of the features of the offered insurance are described below, but any insurance which you elect to purchase pursuant to this offer will be evidenced by an insurance policy to be issued to you and would be subject to the provisions of such instrument.

TOTAL SINGLE PREMIUM:   $ 114.00

TYPE OF COVERAGE:   Single Premium Convertible Level Term Insurance - Plus Accidental Death Benefit
Non-Participating

GUARANTEED DEATH BENEFIT DURING TERM OF COVERAGE:   $ 5000.00 *
 * (or twice this amount if death caused by accidental bodily injury)

TERM OF COVERAGE:   36 months

APPLICANT:   James E Pool  (Insured)

INSURER:   Protective Life Insurance Company

LENDER:   American General Finance

Any check from the lender payable solely to the Insured in the amount of the single premium for the above insurance and from the proceeds of any loan transaction must be endorsed by the Insured for the lender to utilize the check for payment of the insurance premium.

I UNDERSTAND AND/OR ACKNOWLEDGE THAT:

1. PURCHASE OF THIS INSURANCE IS NOT REQUIRED AS A CONDITION OF ANY LOAN — SAID PURCHASE BEING ENTIRELY VOLUNTARY AND NOT CONNECTED WITH ANY LOAN.

2. ANY CLAIMS MADE UNDER THIS INSURANCE WILL BE PAID TO THE BENEFICIARY OF THE INSURED AS DESIGNATED BY THE INSURED. CLAIM PROCEEDS WILL NOT BE PAID TO THE LENDER.

3. THIS INSURANCE DOES NOT SECURE A LOAN AND IS NOT CREDIT LIFE INSURANCE.

4. I HAVE RECEIVED A COMPLETED COPY OF THIS NOTICE AND DISCLOSURE AND THE INSURANCE POLICY.

_8-15-90_     _James E Poole_
Date         Applicant/Proposed Insured

If you are not satisfied with your policy, you may return it to the company within 15 days of the above date for full refund of premium.

SPT-37                    OFFICE COPY

AUB.4950.0294

T 25368

**PROTECTIVE LIFE**
INSURANCE COMPANY
HOME OFFICE • P.O. BOX 2606 • BIRMINGHAM, ALABAMA 35202
APPLICATION FOR LIFE INSURANCE

BRANCH COPY

MR. [X]   MRS. [ ]   MISS [ ]

| | AGE | HEIGHT | WEIGHT |
|---|---|---|---|
| NAME: James E Pool | 25 | 5'7" | 160 |
| ADDRESS: Rt 2 Box 611 | | | |
| CITY: Notasulga   STATE: AL   ZIP: 36866 | | | |

INSURANCE APPLIED FOR: Single Premium Convertible Term for the amount of Basic Coverage checked below plus additional accidental death benefit for an equal amount.

| BASIC COVERAGE Check Amount | Age | BASIC COVERAGE Check Amount | TERM PERIOD | SINGLE PREMIUM FOR ONE YEAR | SINGLE PREMIUM FOR TERM PERIOD |
|---|---|---|---|---|---|
| $5,000 [X] | 18 – 30 | $10,000 [ ] | 1 Year [ ] | $ 38.00 | $ 114.00 |
| $5,000 [ ] | 31 – 40 | $10,000 [ ] | 2 Year [ ] | | |
| $5,000 [ ] | 41 – 45 | $10,000 [ ] | 3 Year [X] | | |
| $3,000 [ ] | 46 – 50 | $ 6,000 [ ] | 4 Year [ ] | | |
| $2,000 [ ] | 51 – 55 | $ 4,000 [ ] | 5 Year [ ] | | |
| $1,000 [ ] | 56 – 60 | $ 2,000 [ ] | | | |

Do you plan to discontinue or change any other life insurance upon issuance of this Policy? Yes [ ] No [ ] If "yes," complete statement of understanding.

BENEFICIARY—Your spouse, if living; otherwise your surviving child or children, if any, equally; otherwise your estate. Should you require a different beneficiary arrangement, please indicate here: (Full Name) _____ Relationship _____

Have you ever been treated for cancer, heart disease, or high blood pressure? Yes [ ] No [X]
Have you been treated, diagnosed, tested or received advice for Acquired Immune Deficiency Syndrome (AIDS), "AIDS" related complex (ARC), or "AIDS" related conditions? Yes [ ] No [X]
If "yes," give details as to physician, treatment, dates and results: _____

THE UNDERSIGNED AGREES that the above statements are complete and true, and does hereby authorize any physician, clinic, sanitarium, hospital, insurance company or other organization, institution or person, to give to Protective Life Insurance Company, any information including their conclusions with regard to my medical condition when I was under their observation or treatment.

_____ _____ _____
DATE   WITNESS/AGENT   APPLICANT

## USE TYPEWRITER ONLY BELOW THIS LINE

**POLICY SCHEDULE**

NAME AND ADDRESS OF INSURED:

James E Pool
Rt 2 Box 611
Notasulga, AL 36866

| POLICY NUMBER | DATE OF ISSUE |
|---|---|
| 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 | 06/15/90 |

| TOTAL PREMIUM | TERM | FACE AMOUNT |
|---|---|---|
| 114.00 | 36 months | 5000.00 |

| ISSUE AGE | CO. CODE | AGT. CODE |
|---|---|---|
| 25 | 01 P750 | 1702 |

BENEFICIARY—Insured's spouse, if living; otherwise Insured's surviving child or children, if any, equally; otherwise Insured's estate. If different beneficiary arrangement required by Insured as shown above, the beneficiary shall be:
(Full Name) _____ Relationship _____

Form SPT-22

AUB.4950.0295