IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIE LEE POOLE,                    )
                                     )
            Plaintiff,               )
                                     )
v.                                   )        CIVIL ACTION NO. 2:05-CV-774
                                     )
AMERICAN INTERNATIONAL               )
GROUP, INC.; et al.,                 )
                                     )
            Defendants.              )

### AFFIDAVIT OF LATONYA KENNEDY

Latonya Kennedy, under oath, states as follows:

1.      My name is Latonya Kennedy.  The statements made in this declaration are based upon my own personal knowledge as more specifically set forth below and, if sworn as a witness, I could testify competently to them.

2.      I am currently employed by American General Financial Services, Inc. ("AGFS"), formerly known as American General Finance, Inc.  I first began working for American General in December, 1997.  Therefore, I was not involved with any loans Willie Poole obtained from American General in either 1989 or 1990.

3.      At no time did I ever tell any customer, including Willie Poole, that credit insurance was required, that credit insurance would improve the customer's chances of obtaining a loan, or that credit insurance would improve a customer's credit score.

4.      I was not aware until counsel for AGFS contacted me that I had been named as a defendant in this lawsuit.  I have never received a copy of a summons and complaint for this lawsuit.

1394162



FURTHER AFFIANT SAYETH NOT.

This the _12th_ day of September, 2005.

Latonya Kennedy

SWORN TO AND SUBSCRIBED BEFORE ME, this the _12TH_ day of September, 2005.

NOTARY PUBLIC

My Commission Expires:

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Apr 19, 2008
BONDED THRU NOTARY PUBLIC UNDERWRITERS

1394162

2