**American General Finance, Inc.**
A Subsidiary of American General Corporation

**FEDERAL DISCLOSURE STATEMENT**

**AMERICAN GENERAL**

LICENSED OFFICE: (CREDITOR)

AMERICAN GENERAL FINANCE, INC.
1959 OPELIKA ROAD
AUBURN, AL
ALABAMA 36830

Account Number: 1207031

BORROWER(S) (NAMES & ADDRESS)
POOL, WILLIE L, JAMES E
RT 2 BOX 611
NOTASULGA, AL 36866

| Date of Loan | First Payment Due Date | Other Payments Due on Same Day of Each Month | Final Payment Due Date | Amount of First Payment / Amount of Balloon Payment | Amount of Other Payments | Total Number of Payments / Term of Loan |
|---|---|---|---|---|---|---|
| 06/15/90 | 07/25/90 | | 06/25/93 | 167.57 | 141.85 | 36 |

3474.10 Amount Financed
1658.22 FINANCE CHARGE
27.00% ANNUAL PERCENTAGE RATE
5132.32 Total of Payments

AMOUNT FINANCED is the amount of credit provided to you or on your behalf. (Line 1 above)
FINANCE CHARGE is the dollar amount the credit will cost you. (Line 2 above)
ANNUAL PERCENTAGE RATE is the cost of your credit as a yearly rate. (Line 3 above)
TOTAL OF PAYMENTS is the amount you will have paid after you have made all payments as scheduled. (Line 4 above)

VARIABLE RATE: ☐ If checked, your loan contains a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

LATE CHARGE: If a payment is more than 10 days late, you will be charged 5% of the late amount, not to exceed $100.00 and not less than $.50. (Does not apply to interest bearing loans.)

PREPAYMENT: If you pay off early, you
☐ may  ☒ will not  have to pay a penalty.
☒ may  ☐ will not  be entitled to a refund of part of the finance charge.

PAID 1   PAID 1
JUN 04 '93   JUN 04 '93

American General Finance, Auburn, AL  ★★★★★★  American General Finance, Auburn, AL

SECURITY
You are giving a security interest in:
☐ The goods or property being purchased
☒ Motor vehicle  1 1980 Toyota Celica GT VIN JT2RA44L5B6609044;
☒ Other  1 Camera; 1 Firearm; 1 Television(Second);

☐ You are giving a security interest in your real estate located at: _____

☐ The previous Mortgage or Deed of Trust is being retained as security on your loan.

ASSUMPTION: Someone buying your house may not assume the remainder of the mortgage on the original terms.

Collateral securing other loans with us may also secure this loan.

INSURANCE: Credit life insurance and credit disability insurance are not required to obtain credit and will not be provided unless you sign and agree to pay the additional cost.

| Type | Premium | Signature |
|---|---|---|
| Single Credit Life | $ N/A | I want credit life insurance. Signature: |
| Joint Credit Life | $ N/A | We want credit life insurance. Signatures: (1) (2) |
| Single Credit Life & Single Disability | $ 347.24 | I want credit life and disability insurance. Signature: Willie Pool |
| Joint Credit Life & Single Disability on Borrower on line (1) | $ N/A | We want credit life and disability insurance. Signatures: (1) (2) |


EXHIBIT D

AUB.4950.0292

## CREDIT INSURANCE (LIFE AND DISABILITY) CANCELLATION OPTION

CANCELLATION: If you desire to do so you may, without penalty or obligation, within fifteen days from the date set forth above, cancel, all but not part of, the credit insurance coverages by returning all credit insurance certificates received in connection with this loan to the office where the loan was made. Upon cancellation, a full cash refund of all credit insurance premiums will be made.

You may obtain property insurance from anyone you want or provide it through an existing policy, provided the insurance company is acceptable to the creditor and the amount financed and value of the property exceeds $300. If you get property insurance from or through the creditor, it will be for a term of ____36____ months and you will pay $__60.00__.

You may obtain physical damage insurance from anyone you want or provide it through an existing policy, provided the insurance company is acceptable to the creditor and the amount financed and value of the property exceeds $300. If you get physical damage insurance from or through the creditor, it will be for a term of __N/A__ months and you will pay $__N/A__.

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/we have received a copy of this Federal Disclosure Statement.

_____Bill L Poole_____   __6-15-90__
(1). First Named Borrower                  Date

_____James E. Poole_____   __6-15-90__
(2) Second Named Borrower (If Applicable)  Date

AUB.4950.0293