**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

February 28, 2006

# NOTICE OF CORRECTION

FROM:   Clerk's Office

Case Style:   Willie Lee Poole v. American International Group Inc., et al

Case No.:   2:05cv00774-MEF
Document # 29
Response in Opposition

This Notice has been docketed to enter the correct pdf of Exhibit H to the referenced document into the record.  The original pdf contained an unsigned affidavit.  The corrected pdf is attached to this document.